# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RYAN LOOMIS, | ] | |
| Plaintiff, | ] | |
| v. | ] | 2:14-cv-1305-KOB |
| PENN CREDIT CORPORATION, | ] | |
| Defendant. | ] | |

## ORDER OF DISMISSAL

The court, having received "Plaintiff's Notice of Dismissal of Complaint" (doc. 6),

DISMISSES this case WITH PREJUDICE, costs taxed as paid pursuant to Fed. R. Civ. P. 41(a).

DONE and ORDERED this 5th day of August, 2014.



KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE